```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
RICHARD K. and JULIE K., individually and as                      :
guardians of K.K., a minor,                                       :
                                                                  :
                              Plaintiffs,                         :      18-CV-6318 (JPC)
                                                                  :
         -v-                                                      :      NOTICE OF
                                                                  :      REASSIGNMENT
UNITED BEHAVIORAL HEALTH and OXFORD                               :
HEALTH INSURANCE OF NEW YORK / PPO,                               :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.** This action remains stayed in its entirety pursuant to the Honorable Judge Gregory H. Wood's Order dated July 15, 2019 (Dkt. 52). The parties are hereby ordered to continue filing a joint status update every six months until the stay of this matter is lifted, with the next status letter due April 15, 2021. If the court in *Wit v. United Behavioral Health*, No. 3:14-CV-02346-JCS (N.D. Cal.) issues a final order, decertifies the plaintiff class, or excludes K.K. from the certified plaintiff class, the parties are directed to file a letter notifying the court within fourteen days of the order.

In accordance with the Court's Individual Rules and Practices, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for

adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

SO ORDERED.

Dated: October 16, 2020
      New York, New York

                                   JOHN P. CRONAN
                               United States District Judge