UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
RICHARD K. and JULIE K., *individually and as* :
*guardians of* K.K*., a minor*, :
:
Plaintiffs, : 18 Civ. 6318 (JPC) (BCM)
:
-v- : ORDER
:
UNITED BEHAVORIAL HEALTH and OXFORD :
HEALTH INSURANCE OF NEW YORK / PPO, :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On August 22, 2023, the Ninth Circuit issued its decision in *Wit v. United States*, 79 F.4th 1068 (9th Cir. 2023). The parties are hereby ORDERED to file a joint status report in accordance with the Court's prior Order on April 18, 2022. *See* Dkt. 62.

SO ORDERED.

Dated: October 4, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge