UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
RICHARD K. and JULIE K., *individually and as* :
*guardians of K.K., a minor*, :
:
:
Plaintiff, : 18 Civ. 6318 (JPC) (BCM)
:
-v- : ORDER
:
:
UNITED BEHAVORIAL HEALTH and OXFORD :
HEALTH INSURANCE OF NEW YORK / PPO, :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

As stated on the record during the conference held on November 18, 2024, and with the agreement of the parties, the Court hereby confirms that the Second Cause of Action asserted in Plaintiffs' Amended Complaint, Dkt. 32, has been dismissed pursuant to Judge Woods's Order dated July 15, 2019, Dkt. 52.

SO ORDERED.

Dated: November 18, 2024
New York, New York

JOHN P. CRONAN
United States District Judge