UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
RICHARD K. and JULIE K., individually and as  :
guardians of K.K., a minor,  :
:
                 Plaintiffs,  :      18 Civ. 6318 (JPC)
:
     -v-  :      ORDER
:
UNITED BEHAVIORAL HEALTH and OXFORD  :
HEALTH INSURANCE OF NEW YORK/PPO,  :
:
                Defendants.  :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court will hear oral argument regarding the summary trial on the First Cause of Action alleged in Plaintiffs' Amended Complaint, Dkt. 32, at 10:00 a.m. on February 24, 2025, in Courtroom 12D at 500 Pearl Street, New York, NY 10007. The parties should be prepared to thoroughly discuss the facts contained in the administrative record. The Court's prior order directing supplemental briefing, Dkt. 101, remains in effect.

      SO ORDERED.

Dated: February 10, 2025
       New York, New York

                                                   JOHN P. CRONAN
                                                 United States District Judge