UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
RICHARD K. and JULIE K., individually and as :
guardians of K.K., a minor, :
:
Plaintiffs, :    18 Civ. 6318 (JPC)
:
-v- :    ORDER
:
UNITED BEHAVIORAL HEALTH and OXFORD :
HEALTH INSURANCE OF NEW YORK/PPO, :
:
Defendants. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 28, 2025, the Court ordered Plaintiffs to file a letter stating whether, in light of the Court's March 20, 2025, Opinion and Order, they have any objection to entering judgment in substantially the form set forth in Defendants' Proposed Judgment, Dkt. 109, including whether Plaintiffs agree that the Second Cause of Action in the Amended Complaint should be dismissed with prejudice. Dkt. 110. Plaintiffs failed to file that letter by the March 31, 2025, deadline. *Id.* Accordingly, Plaintiffs are ordered to file the letter described in the Court's March 28 Order on or before April 1, 2025, at 5:00 p.m. EDT. Plaintiffs are warned that the failure to file the letter by the deadline to do so will result in the entry of judgment in the manner set forth in Defendants' Proposed Judgment, Dkt. 109.

SO ORDERED.

Dated: April 1, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge