```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RICHARD K. and JULIE K., individually and as                           :
guardians of K.K., a minor,                                            :
                                                                       :
                              Plaintiffs,                              :     18 Civ. 6318 (JPC)
                                                                       :
          -v-                                                          :     ORDER
                                                                       :
UNITED BEHAVIORAL HEALTH and OXFORD                                    :
HEALTH INSURANCE OF NEW YORK/PPO,                                      :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 20, 2025, the Court issued an Opinion and Order following a summary trial on the stipulated administrative record, holding that Defendants are entitled to judgment on the First Cause of Action asserted in Plaintiffs' Amended Complaint, Dkt. 32. Dkt. 108. The Court previously dismissed the Second Cause of Action asserted in the Amended Complaint, Dkts. 52, 69, 92, and the parties now agree that that dismissal should be with prejudice. Dkts. 109, 114. Accordingly, the Clerk of Court is respectfully directed to enter judgment in favor of Defendants dismissing all claims asserted in the Amended Complaint, Dkt. 32, with prejudice and awarding costs in favor of Defendants, and to close this case.

SO ORDERED.

Dated: April 2, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge