**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
RICHARD K. and JULIE K., individually and as guardians of K.K., a minor,

                Plaintiffs,

  -against-                                      18 **CIVIL** 6318 (JPC)

                                                   **<u>JUDGMENT</u>**

UNITED BEHAVIORAL HEALTH and
OXFORD HEALTH INSURANCE OF NEW
YORK/PPO,

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 2, 2025, judgment is entered in favor of Defendants dismissing all claims asserted in the Amended Complaint, Dkt. 32, with prejudice and awarding costs in favor of Defendants; accordingly, the case is closed.

**Dated:**  New York, New York
         April 3, 2025

                                                     **TAMMI M. HELLWIG**

                                                     _____
                                                          **Clerk of Court**

                                     **BY:**        _K. Mango_
                                                         _____
                                                          **Deputy Clerk**